Lucille Angell Garvin, Respondent, v. Benedict F. Garvin, Appellant.— Order modified by striking out the provision granting alimony at ten dollars a week, and the further provision that said ten dollars a week shall be in lieu of and take the place of the five dollars a week formerly awarded in a separation action by Hon. James P. Hill and to continue until further order of the court; and as so modified affirmed, with ten dollars costs and disbursements. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.

Fred C. Gordon, Appellant, Respondent, v. Joseph S. Sterling and Another, Respondents, Appellants, Impleaded with Others, Defendants.— Judgment modified so that paragraph I-(A) thereof shall read " subject to one-fourth of the costs of repairs made on the house and store by the defendant Joseph S. Sterling, amounting to two hundred and twenty-five dollars; " and subdivision D thereof shall contain similar language; and as so modified judgment is affirmed, without costs. Hinman, Davis, Whitmyer and Hill, JJ., concur; Van Kirk, P. J., dissents on the ground that the changes in the store were improvements or new construction and not repairs and should be disallowed.

John D. Griffin, Respondent, v. Joseph H. Fitch and Another, Appellants. (Action No. 1.) John D. Griffin, Respondent, v. Joseph H. Fitch and Another, Appellants. (Action No. 2.) Grace J. Griffin, Respondent, v. Joseph H. Fitch and Another, Appellants.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

Wallace E. Moore, Respondent, v. John C. Traver, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

The People of the State of New York ex rel. Rutland Railroad Company, Respondent, v. The State Tax Commission, Appellant. (Special Franchise Proceedings in the Towns of Madrid and Stockholm for the Year 1921.) — Final orders unanimously affirmed, with costs in one proceeding. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.